**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Elmer Yobany Orellana Ruano,<br>Petitioner,<br>v.<br>Moniz et al<br>Respondents. | Civil Action No. 26-cv-13599-MJJ |

**FINAL JUDGMENT**

JOUN, D.J.

In accordance with this Court's Order , Doc. No. 11

Judgment is entered for the Petitioner.

DATED: September 2, 2026

BY THE COURT,

/s/ Sophie Phillips